IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULA GABRIEL, | ) Civil Case No. 2:21-cv-687 |
| Plaintiff, | ) |
| | ) HONORABLE PATRICIA L. DODGE |
| v. | ) |
| | ) |
| XYLEM, INC., XYLEM WATER SOLUTIONS ZELIENOPLE, LLC MICHEAL CRAIG and SEAN PETRAITIS, | ) |
| Defendants. | ) |

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST
DEFENDANTS MICHAEL CRAIG AND SEAN PETRAITIS

COMES NOW, the Plaintiff, PAULA GABRIEL, by and through her attorneys, LAW OFFICES OF JOEL SANSONE, JOEL S. SANSONE, ESQUIRE, MASSIMO A. TERZIGNI, ESQUIRE, and ELIZABETH A. TUTTLE, ESQUIRE, and hereby files this Notice of Voluntary Dismissal of Claims Against Defendants Michael Craig and Sean Petraitis, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses her claims against Defendants Micheal Craig and Sean Petraitis, only.

Respectfully submitted,

LAW OFFICES OF JOEL SANSONE

s/ Joel S. Sansone
Joel S. Sansone, Esquire
PA ID No. 41008
Massimo A. Terzigni, Esquire
PA ID No. 317165
Elizabeth A. Tuttle, Esquire
PA ID No. 322888
*Counsel for Plaintiff*

Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194

Dated: February 25, 2022