IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULA GABRIEL, | ) | Civil Case No. 2:21-cv-687 |
| | ) | |
| Plaintiff, | ) | |
| | ) | HONORABLE PATRICIA L. DODGE |
| v. | ) | |
| | ) | |
| XYLEM, INC., XYLEM WATER | ) | |
| SOLUTIONS ZELIENOPLE, LLC | ) | |
| MICHEAL CRAIG and SEAN | ) | |
| PETRAITIS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this ____ day of _____, 2022, upon consideration of the Motion to Voluntarily Dismiss Plaintiff's Amended Complaint, said motion is GRANTED.

By the Court,

_____ J.