IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAULA GABRIEL,                    )     Civil Case No. 2:21-cv-687
                                  )
          Plaintiff,              )
                                  )     HONORABLE PATRICIA L. DODGE
     v.                           )
                                  )
XYLEM, INC., XYLEM WATER          )
SOLUTIONS ZELIENOPLE, LLC         )
MICHEAL CRAIG and SEAN            )
PETRAITIS,                        )
                                  )
          Defendants.             )

ORDER

          AND NOW, this ____ day of _____, 2022, upon consideration of

counsel's Motion to Withdraw, said motion is GRANTED.


                                        By the Court,


                                        _____ J.